UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06CR99RWS |
| ) | |
| CLIFTON BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant Clifton Brown's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Lewis M. Blanton. Judge Blanton held an evidentiary hearing on August 9, 2006. The defendant filed a supporting memorandum to the motion to suppress and the government filed a response in opposition to the defendant's memorandum. Thereafter Judge Blanton filed his Report and Recommendation regarding the defendant's motion and the defendant filed an objection to the Magistrate Judge's recommendations.

I have concluded a de novo review of the evidentiary hearing and the legal memoranda filed by the parties. After fully considering the motion, the Report

and Recommendation, and the objections, I will adopt and sustain the thorough reasoning of Judge Blanton set forth in support of his recommended ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#59] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#41] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2006.